# Court of Appeals
# of the State of Georgia

ATLANTA, __January 13, 2015__

*The Court of Appeals hereby passes the following order:*

**A15I0092.  PAUL MARTIN PHILLIPS v. THE STATE.**

On December 1, 2014, the trial court denied Paul Martin Phillips' motion to suppress.  The trial court signed a certificate of immediate review on December 2, 2014, and Phillips filed this application for interlocutory appeal on December 15, 2014.[1]

Under OCGA § 5-6-34 (b), an application for interlocutory appeal is valid only if filed within 10 days of the date that a timely certificate of immediate review is entered in the court below.  See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995).  Because this application was filed 13 days after entry of the certificate of immediate review, it is untimely and is thus DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __01/13/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Phillips attempted to file the application earlier, but this Court was unable to accept the filing based upon deficiencies in the certificate of service.  See Court of Appeals Rules 1 (a) & 6.